## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA V. GARDNER-LOZADA,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **SEPTA,** | : | |
| *Defendant*. | : | No. 13-2755 |
| | : | |

## ORDER

**AND NOW**, this 13th day of March, 2015, upon consideration of Ms. Gardner-Lozada's Motion *In Limine* (Docket No. 55) and SEPTA's Response in Opposition (Docket No. 58), for the reasons set forth in the Court's Memorandum Opinion of even date, **the Court hereby ORDERS** that Ms. Gardner-Lozada's Motion *In Limine* (Docket No. 55) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1