IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA V. GARDNER-LOZADA,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **SEPTA,** | : | |
| *Defendant*. | : | No. 13-2755 |
| | : | |

## ORDER

**AND NOW**, this 24th day of July, 2015, upon consideration of Plaintiff's Motion for Attorney Fees and Costs (Docket No. 67), Plaintiff's Motion for Relief and to Make Whole (Docket No. 68), Defendant's Motion for Judgment as a Matter of Law (Docket No. 69), Plaintiff's Response in Opposition to Defendant's Motion (Docket No. 74), and Defendant's Reply Brief (Docket No. 80), and after oral argument on July 9, 2015, **the Court hereby ORDERS and DECLARES** that:

1. Defendant's Motion for Judgment as a Matter of Law (Docket No. 69) is **GRANTED** so that judgment is entered for Defendant SEPTA on Counts I & III;

2. Plaintiff's Motions for Attorney Fees and Costs (Docket No. 67) and for Relief and to Make Whole (Docket No. 68) are **DEEMED MOOT**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1