UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 15-2799

DEBRA V. GARDNER-LOZADA,
Appellant

v.

SEPTA

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-13-cv-02755)
District Judge: Hon. Gene E.K. Pratter

Submitted Under Third Circuit L.A.R. 34.1(a)
February 29, 2016

Before: AMBRO, JORDAN, and SCIRICA, *Circuit Judges*.

(Filed: March 8, 2016)

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1 on February 29, 2016. On consideration whereof,

It is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered July 24, 2015 is hereby AFFIRMED. Costs to be taxed against Appellant. All of the above in accordance with the opinion of the Court.

ATTESTED:

DATE: March 8, 2016

s/Marcia M. Waldron
Clerk

Certified as a true copy and issued in lieu of a formal mandate on 04/12/16

Teste: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**