IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA V. GARDNER-LOZADA** | : | **CIVIL ACTION** |
| **v.** | : | |
| **SEPTA** | : | **NO. 13-cv-2755** |

## JUDGMENT

**AND NOW**, this *3rd* day of May, 2016, judgment is hereby entered in favor of SEPTA, and against Debra V. Gardner-Lozada, in the amount of $8,923.04.

*Michael E. Kunz*
_____
MICHAEL E. KUNZ
Clerk of Court